## Edward Thompson, Defendant in Error, v. John Gibson Hale, Plaintiff in Error.

### Gen. No. 22,059.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed March 8, 1917.

### Statement of the Case.

Action by Edward Thompson, a corporation, plaintiff, against John Gibson Hale, defendant, to recover the purchase price of certain books. From a judgment for plaintiff, defendant brings error.

JOHN GIBSON HALE, *pro se.*

BULKLEY, MORE & TALLMADGE, for defendant in error.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment should be affirmed.* Where, after a judgment in the Municipal Court on trial by the court without a jury, a motion to set aside the judgment was filed, and denied, with a "statement of the case" showing the proceedings and assignments of errors had on such motion, which the Appellate Court struck from the files, *held* that the judgment should be affirmed on motion.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.